**Order entered February 14, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-01149-CV

**A TO Z WHOLESALE WINE & SPIRITS, LLC, AMAR ALI, AND NUR ALI, Appellants**

**V.**

**SPECTRA BANK F/K/A RIVERBEND BANK, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-02050**

### ORDER

Before the Court is appellants' February 9, 2022 motion for extension of time to file their brief. We **GRANT** the motion to the extent we **SUSPEND** the briefing deadline pending disposition of appellants' motion to extend time to file notice of appeal. The Court will set a new deadline for the brief should the notice of appeal be deemed timely filed.

/s/    BONNIE LEE GOLDSTEIN
           JUSTICE